UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEISHA MARIE BARRETT,

                                Plaintiff,

                  -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.

------------------------------------------------------------------X

25-CV-08991 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025

**SARAH NETBURN, United States Magistrate Judge:**

       On November 3, 2025, Judge Dale E. Ho referred this case to my docket for a report and recommendation on any motion for judgment on the pleadings. In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline to file the Electronic Certified Administrative Record, shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

SO ORDERED.

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
                November 4, 2025