UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KEISHA MARIE BARRETT,

                **Plaintiff,**

-against-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

                **Defendant.**

-----------------------------------------------------------------X

25-CV-08991 (DEH)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge:**

    In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, the Electronic Certified Administrative Record shall be filed by February 17, 2026.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    New York, New York
                November 18, 2025